UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Cause Number 08-48541 |
| | ) | |
| THE CHRISTY REFRACTORIES | ) | |
| COMPANY, LLC | ) | |
| | ) | |
| Debtor | ) | |
| _____ | ) | |
| | ) | |
| TIG INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:11CV1297 HEA |
| | ) | |
| THE CHRISTY REFRACTORIES | ) | |
| COMPANY, LLC | ) | |
| | ) | |
| and | ) | |
| | ) | |
| FXY, INCORPORATED, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This matter is before the Court on Plaintiff's Motion to Withdraw Reference

to Bankruptcy Court, [Doc. No. 1]. Neither Defendant[1] nor the United States

Trustee has filed an objection to the Motion.

Accordingly,

---

[1] On October 27, 2011, the Clerk of the Court entered defaulty as to Defendant FXY

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Withdraw Reference to Bankruptcy Court, [Doc. No. 1], is granted.

**IT IS FURTHER ORDERED** that this matter is set for a scheduling conferenence on Monday, December 5, 2011, at 11:00 a.m.

Dated this 21st day of November, 2011.

_____

HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE